254 F.2d 607
 Edgar Ralph CRABTREE
v.
C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.
 No. 5763.
 United States Court of Appeals Tenth Circuit.
 January 7, 1958.
 
 Appeal from the United States District Court for the District of Kansas.
 William C. Farmer, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., for appellee.
 Before BRATTON, Chief Judge, PICKETT, Circuit Judge, and RICE, District Judge.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion.